# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
      Plaintiff,           )
                           )
  v.                       )  2:13-CR-153-KJD-(PAL)
                           )
MARQUISE GULTRY,           )
                           )
      Defendant.           )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 3, 2013, defendant MARQUISE GULTRY pled guilty to a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Criminal Indictment, ECF No. 1, Change of Plea Minutes, ECF No. 21; Plea Agreement, ECF No. 22.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant MARQUISE GULTRY pled guilty. Criminal Indictment, ECF No. 1, Change of Plea Minutes, ECF No. 21; Plea Agreement, ECF No. 22.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

   1) A black Glock model 26, 9mm handgun, with serial #KPD222; and
   2) any and all ammunition (all of which constitutes "property").

1    This Court finds the United States of America is now entitled to, and should, reduce the
2    aforementioned property to the possession of the United States of America.
3    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4    United States of America should seize the aforementioned property.
5    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6    MARQUISE GULTRY in the aforementioned property is forfeited and is vested in the United States
7    of America and shall be safely held by the United States of America until further order of the Court.
8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
9    shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
10   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
11   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
12   the name and contact Indictment for the government attorney to be served with the petition, pursuant
13   to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
15   filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
17   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
18   following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Michael A. Humphreys
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101

23   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
24   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
25   . . .
26   . . .

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this  2nd  day of  December , 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, Paralegal Specialist, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on October 25, 2013, by the below identified method of service:

CM/ECF:

Nisha Brooks-Whittington
Federal Public Defenders Office
411 E. Bonneville Ave.
Las Vegas, NV 89101
Email: nisha_brooks@fd.org
*Attorney for Marquise Gultry*

/s/Michelle C. Lewis
Michelle C. Lewis
Paralegal Specialist