

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

MARQUISE GULTRY,

　　　　Defendant.

2:13-CR-153-KJD-(PAL)

## FINAL ORDER OF FORFEITURE AS TO MARQUISE GULTRY

On December 2, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant MARQUISE GULTRY to the United States of America. Indictment, ECF No. 1; Change of Plea, ECF No. 21; Plea Agreement, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 29.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), that the Preliminary Order of Forfeiture (ECF No. 29), listing the following assets, is final as to defendant MARQUISE GULTRY:

. . .

. . .

. . .

. . .

1. a black Glock model 26, 9mm handgun, with serial #KPD222; and
2. any and all ammunition.

DATED this 5 day of ~~January~~ March, 2014.

_____
UNITED STATES DISTRICT JUDGE